# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RALPHS GROCERY COMPANY,<br><br>　　　　　Defendant. | CASE NO.: 20-CV-150-JAH(WVG)<br><br>**ORDER** |

On the Court's own motion, the March 20, 2020 Early Neutral Evolution in this case shall be conducted telephonically with no appearances permitted by counsel or parties. Accordingly:

(1) The ENE shall be conducted telephonically in its entirety, and all parties and counsel shall appear telephonically.

(2) No later than **March 18, 2020**, each attorney shall lodge his/her telephone number with the Court at efile_Gallo@casd.uscourts.gov in addition to the name and telephone number of each party or party representative who will participate.

IT IS SO ORDERED.

DATED: March 17, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge